73 A.3d 522

**Brent TERRY, Petitioner**

v.

**Honorable Judge Rosalyn K. ROBINSON, Respondent.**

**No. 69 EM 2013.**

Supreme Court of Pennsylvania.

July 31, 2013.

***ORDER***

PER CURIAM.

**AND NOW,** this 31st day of July, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.